UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | |
|---|---|
| **CHERRYHILL MANAGEMENT, INC.,** *et al.*, | Case No. 1:12-CV-00097 |
| Plaintiffs, | Judge Michael R. Barrett |
| v. | **AGREED PERMANENT INJUNCTION AND DISMISSAL** |
| **NICHOLAS J. HAMILTON,** *et al.*, | |
| Defendants. | |

This matter is before the Court by agreement of Plaintiffs Michael P. Walsh and Cherryhill Management, Inc., and Defendant Nicholas J. Hamilton ("Hamilton"), pursuant to Federal Rule of Civil Procedure 65, for an Agreed Permanent Injunction against Hamilton. Therefore, by agreement of the parties, and after being fully advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Within 14 days of this Order, Hamilton shall identify every written or electronic communication he made that in any way relates to Cherryhill Management, Inc., Michael Walsh, or Valley Thrift.

2. Hamilton shall forever refrain from disparaging Cherryhill Management, Inc., Michael Walsh, and Valley Thrift. Hamilton shall further refrain from interfering with any business operations of Cherryhill Management, Inc., or Valley Thrift.

3. Hamilton shall never make any communication purporting to be on behalf of Cherryhill Management, Inc., or purporting to reflect the policies of Cherryhill Management, Inc., or Valley Thrift.

4. Hamilton shall cooperate fully with Plaintiffs' efforts to destroy and delete Hamilton's communications that in any way relate to Cherryhill Management, Inc.,

Michael Walsh, or Valley Thrift.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all remaining claims asserted by the parties are DISMISSED with PREJUDICE in their entirety, each party to bare their own costs.

**IT IS SO ORDERED.**

/s/ Michael R. Barrett
JUDGE

Dated: Aug. 25, 2012

Copy to all counsel of record

**Seen and agreed:**

Scott R. Thomas (91644)
Matthew D. Hemmer (92984)
HEMMER DEFRANK PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
(859) 344-1188
(859) 578-3869 (facsimile)
sthomas@hemmerlaw.com

Trial Attorneys for Plaintiffs
Cherryhill Management, Inc., and
Michael P. Walsh

Nicholas J. Hamilton
250 N. College Park Drive, Apt. E34
Upland, California 91786-9464

Defendant, *Pro se*